# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 30, 2025

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Richard Smith*, 25 Cr. 688 (JPO)

Dear Judge Oetken:

I write without objection from the Government to respectfully request that the June 20, 2025, conference in this matter be rescheduled to allow my attendance at my daughter's preschool graduation. Both parties are available on June 23, June 24 (except 1 – 3:30), June 25, and June 26.

The Court has already excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through June 20, 2025. With the filing of Mr. Smith's motion to suppress, time is now excluded under § 3161(h)(1)(D), through a hearing on or disposition of that motion, as well.

Thank you for your consideration of this matter.

Granted. The June 20, 2025 pretrial conference is hereby adjourned to June 23, 2025 at 3:00 pm.
So ordered.
5/30/2025

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

J. PAUL OETKEN
United States District Judge