# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2025

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Richard Smith*, 25 Cr. 688 (JPO)

Dear Judge Oetken:

I write at the suggestion of Pretrial Services to respectfully request that the Court modify Mr. Smith's bail conditions to remove the condition of a curfew enforced by location monitoring. The Government consents.

This case originated in the Bronx on August 1, 2024, when Mr. Smith was arrested by the NYPD. He was charged in state court with New York state offenses and released on bail. He was charged in federal court based on the same conduct on November 20, 2024, and released on a $50,000 personal recognize bond signed by two financially responsible people, with numerous conditions including a curfew backed by location monitoring.

Per Mr. Smith's Pretrial Services Officer, Ashley L. Cosme, Mr. Smith has remained employed since the start of his supervision, has tested negative for all illicit substances, and remains in full compliance with his curfew. Given his overall compliance, Officer Cosme stated that removal of the curfew with location monitoring would be appropriate. After speaking with Pretrial Services, the Government consents to the proposed modification as well.

Thank you for your consideration of this application.

Granted.
So ordered.
6/4/2025

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

J. PAUL OETKEN
United States District Judge