UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                         :

UNITED STATES OF AMERICA

                                                                         :    CONSENT PRELIMINARY ORDER

          - v. -                                               OF FORFEITURE AS TO

                                                                          :    SPECIFIC PROPERTY

RICHARD SMITH,

                                                                          :    24 Cr. 688 (JPO)

          Defendant.

                                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          WHEREAS, on or about December 12, 2024, RICHARD SMITH (the "Defendant"), was charged in a three-count Indictment, 24 Cr. 688 (JPO) (the "Indictment"), with possession of firearms and ammunition after a felony conviction, in violation of Title 18, United States Code, Sections 922(g)(1) and 2 (Count One); possessing and possessing with intent to distribute narcotics, in violation of Title 21, United States Code, Sections 812, 841 (a)(1), and 841 (b)(1)(C), and Title 18, United States Code, Section 2 (Count Two); and firearms, use carrying and possession, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2 (Count Three);

          WHEREAS, the Indictment included a forfeiture allegation as to Count One and Three, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) of any all firearms and ammunition involved in or used in the offenses charged in Counts One and Three of the Indictment, including but not limited to, the following:

                    a. A 9mm Bryco pistol (the "Bryco Pistol");

                    b. A 38 caliber Charter Arms revolver (the "Charter Revolver");

      c. Twenty 9mm R-P cartridges (the "R-P Cartridges"); and

      d. Forty-seven 38 caliber GFL cartridges (the "GFL Cartridges").

WHEREAS, the Indictment included a forfeiture allegation as to Count Two, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from, any proceeds obtained directly or indirectly as a result of the offense charged in Count Two of the Indictment and any and all property used or intended to be used, in any manner or part to commit or facilitate the commission of the offense charged in Count Two but not limited to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, on or about August 20, 2025, the Defendant pled guilty to Count One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One and Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) the following property: (i) the Brysco Pistol; (ii) Charter Revolver; (iii) the R-P Cartridges; and (iv) the GFL Cartridges;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following property seized on or about August 1, 2025 in the vicinity of Laconia Avenue in the Bronx, NY, which constitutes property involved in or used in the offense charged in Count One of the Indictment:

    a) The Brysco Pistol;

    b) The Charter Revolver bearing serial number 20-72016;

    c) The R-P Cartridges; and

      d) GFL Cartridges

(a through d, collectively, the "Specific Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney, Remy Grosbard of counsel, and the Defendant, and his counsel, Ariel Werner Esq., that:

1. As a result of the offense charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, RICHARD SMITH, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the

Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

        9.       The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____    8/20/2025
    Remy Grosbard                     DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10007
    (212) 637-2446

RICHARD SMITH

By: _____    8/20/2025
    Richard Smith                     DATE

By: _____    8/20/25
    Ariel Werner ESQ.                 DATE
    Attorney for Defendant
    52 Duane Street 10th Fl
    New York, NY 10007

SO ORDERED:

_____        8/20/2025
HONORABLE J. PAUL OEKTEN              DATE
UNITED STATES DISTRICT JUDGE